UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 08 B 20358
    JEREMY KWIATKOWSKI
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX


            Debtor
    SSN XXX-XX-1079
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/05/2008 and was not confirmed.

    The case was dismissed without confirmation 11/17/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK USA | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK USA | MORTGAGE ARRE | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2214.17 | .00 | .00 |
| RADIOLOGY IMAGING | UNSECURED | NOT FILED | .00 | .00 |
| AVENTURA ED NEW ELRAY | UNSECURED | NOT FILED | .00 | .00 |
| AVENTURA HOSPITAL & MEDI | UNSECURED | NOT FILED | .00 | .00 |
| DUNELL PLANZ | NOTICE ONLY | NOT FILED | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,373.00 | | 567.85 |
| TOM VAUGHN | TRUSTEE | | | 44.06 |
| DEBTOR REFUND | REFUND | | | .00 |

               Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 611.91 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 567.85 |
| TRUSTEE COMPENSATION | | 44.06 |
| DEBTOR REFUND | | .00 |
| TOTALS | 611.91 | 611.91 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE